**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CV-24534-PCH**

**JESUS GONZALEZ, an individual,**

Plaintiff,

vs.

**SB YEN'S MANAGEMENT GROUP, INC., an Illinois limited liability company,**

Defendant.
______________________________________/

**CLOSED CIVIL CASE**

# ORDER

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 12], filed March 6, 2019. The Court has reviewed the Stipulation and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, expenses, and attorneys' fees. All pending motions are denied as moot, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, Miami, Florida, on March 12, 2019.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record